IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

FILED
JUL 0 9 2019
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 19-CR-300 35 |
| Plaintiff, ) | |
| ) | VIO: Title 21, United States Code, |
| v. ) | Sections 841(a)(1) and |
| ) | 841(b)(1)(A)(viii). |
| DONALD R. FELTON, ) | |
| ) | |
| Defendant. ) | |

# INDICTMENT

### COUNT 1
(Possession of 50 Grams or More of Methamphetamine
With the Intent to Distribute)

**THE GRAND JURY CHARGES:**

On or about June 8, 2019, in Christian County, in the Central District of Illinois, the defendant,

**DONALD R. FELTON,**

knowingly and intentionally possessed a controlled substance, namely, 50 grams or more of methamphetamine, a Schedule II controlled substance, with the intent to distribute it.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## SPECIAL FINDING

Before the defendant committed the offense charged in this indictment, the defendant had a final conviction for a serious violent felony, namely, home invasion and armed robbery in McLean County, Illinois (2003-CF-1084), a conviction under Illinois law for which he served more than 12 months of imprisonment.

A TRUE BILL.

s/ Foreperson
_____
FOREPERSON

s/ Gregory M. Gilmore
_____
JOHN C. MILHISER
United States Attorney
TAB