UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:19-30035-SEM-TSH |
| ) | |
| DONALD FELTON, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW AS COUNSEL

Defendant Donald Felton's attorney, Rosana E. Brown, of the Federal Public Defender's Office for the Central District of Illinois, moves to withdraw as Counsel and in support states as follows:

1. The Office of the Federal Public Defender was appointed to represent Mr. Felton on or about June 10, 2019, with Ms. Brown being his current primary attorney.

2. Since being appointed, Mr. Felton, counsel, and Federal Defender's Office staff have reviewed Mr. Felton's case, conducted research, and discussed defense strategy with Mr. Felton.

3. Mr. Felton and counsel have had a complete breakdown in communication that has irreparably damaged the attorney-client relationship.

4. The breakdown in communication is so complete that Mr. Felton cannot assist counsel in the preparation of his defense or the formulation of strategy.

5. On February 4, 2020, Mr. Felton placed telephone calls to Ms. Brown. In light of the conversations, undersigned believes the attorney-client relationship is beyond repair and the two will be unable to collaborate in the preparation of Mr. Felton's defense.

6. Further, following today's discussions, the continued representation of Mr. Felton creates a directly adverse personal interest conflict that cannot be consented to or remedied, such that it impairs undersigned's ability to represent the client effectively and give him detached advice, in violation of Illinois Rules of Professional Conduct 1.7 and 1.8.

WHEREFORE, Defense Counsel prays that the Court will grant this motion to withdraw and appoint new counsel to represent Mr. Felton.

Respectfully submitted,

February 4, 2020

DONALD FELTON, Defendant,

THOMAS PATTON, Federal Public Defender

By: s/ Rosana E. Brown
Rosana E. Brown
Assistant Federal Public Defender
600 E. Adams St., Third Floor
Springfield, IL 62701
Telephone: 217-492-5070
Facsimile: 217-492-5077
E-mail: rosie_brown@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

s/ Rosana E. Brown