Rec'd and
Scan 10/01/20

Judge Myerscough,

I need your help. I can't get my attorney(s) on the phone. (Even though I'm the one paying the call) AUSA Timothy Bass is attempting to defraud and mislead the court and my attorney(s) (Scott Sabin) and my newest (Jeff Page) by not complying with his 'Brady' obligations concerning video at this rest stop. It's a really great angle (6-7 o'clock position) of the entire event. Laura McBride has personally reviewed the video with me. We can prove the missing angle. I've asked that a formal request be made for 'Brady' material. I've been forced to file suit so I could tell my story about what's been happening. SEE Felton v. O'brien et al 3:20-CV-03104. I've repeatedly asked for prints to be ran on everything. Tim Bass told Scott Sabin that he was sending me transcripts from preliminary hearing and grand jury. He has lied to Scott and failed to do so. Mr. Sabin was the first attorney who didn't attempt to mislead me. He told me he was gonna speak with Mr. Page and ease the transition. You told me in February I needed to be patient. I took heed to that as best as I could. I'm in further need of your guidance Your Honor.
-Thank You For The Consideration-

Persevering,
[signature] -20

FILED
SEP 29 2020
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS



Donald Tutton
Macon County Jail
333 S. Franklin St.
Decatur, IL
62523

SPRINGFIELD IL 627
28 SEP 2020 PM 1 T

LEGAL MAIL

Federal Courthouse
Clerks office
ATTN: Justice Sue E. Myerscough
600 E. Monroe St,
Suite 151
Springfield, IL
62701

APPROVED/SENT
MCJ

LEGAL MAIL