**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:    19-CR-30035 |
| | ) | |
| DONALD R. FELTON, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW COMES the undersigned counsel, **Jeff Page**, and in support of his Motion To Withdraw As Counsel Of Record for Defendant, states to this Honorable Court as follows:

1.  On September 24, 2020, this Honorable Court entered a Text Order appointing the undersigned counsel to represent Defendant in the above-captioned cause.

2.  Upon a review of the pre-trial discovery as well as discussions with Assistant United States Attorney, Timothy Bass, the undersigned counsel for Defendant realized that he has represented one of the case agents on other matters in the past.

3.  In addition, said case agent has continued to consult with the undersigned counsel on various issues and it is anticipated that the undersigned counsel will continue to provide legal advice to the aforementioned case agent in the near future.

4.  The undersigned counsel for Defendant has discussed these issues with Defendant and has explained to Defendant the conflict of interest in this matter.

5.  Defendant has advised the undersigned counsel that he understands the nature of the conflict of interest and believes he would be best suited with a conflict free attorney.

WHEREFORE, the undersigned counsel, **Jeff Page**, hereby requests that this Honorable Court allow him to withdraw as attorney of record for Defendant and to appoint conflict free counsel in this matter and for such other and further relief as this Court deems just and equitable.

By: **s/ Jeff Page**
Jeff Page Bar Number: 6211836
Attorney for Defendant
Page Law Office
808 South 2nd Street
Springfield, IL 62704
Telephone: (217) 522-2216
Fax: (217) 523-2549
E-mail: jeffpagelawoffice@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2020, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following:

Timothy Bass                                           tim.bass@usdoj.gov
Kelsey Wang                                            kelsey.wang@usdoj.gov

**s/ Jeff Page**
Jeff Page Bar Number: 6211836
Attorney for Defendant
Page Law Office
808 South 2nd Street
Springfield, IL 62704
Telephone: (217) 522-2216
Fax: (217) 523-2549
E-mail: jeffpagelawoffice@yahoo.com