E-FILED
Tuesday, 26 January, 2021  01:52:30 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT SPRINGFIELD

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 19-cr-30035 |
| DONALD R. FELTON, | |
| Defendant. | |

## MOTION TO WITHDRAW

The undersigned Criminal Justice Act appointed counsel, J. Randall Cox, herewith requests to withdraw as counsel for the Defendant, DONALD R. FELTON.  In support of this Motion, the undersigned counsel states as follows:

1.   I was appointed counsel on behalf of Defendant, DONALD R. FELTON.

2.  I am leaving private practice as of January 31, 2021, and transitioning to a position where I will be unable to practice law.

3. Due to COVID issues, this Motion was not filed sooner.

WHEREFORE, the undersigned Criminal Justice Act counsel respectfully moves to withdraw in this case.

DONALD R. FELTON, Defendant

By: /s/ J. Randall Cox
J. Randall Cox, #6206731
FELDMANWASSER
1307 So. 7th Street
Springfield, IL  62703
217/544-3403
rcox@feldman-wasser.com

# CERTIFICATE OF SERVICE

      I hereby certify that on January 26, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Timothy J. Bass      tim.bass@usdoj.gov

And a copy was mailed to:

Donald R. Felton, #93294  
Macon County Jail  
333 So. Franklin Street  
Decatur, IL 62523

      By:  /s/J. Randall Cox  
           J. Randall Cox  
           FELDMANWASSER  
           1307 South Seventh Street  
           Springfield, IL 62703  
           (217)544-3403  
           rcox@feldman-wasser.com