IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 19-cr-30035 |
| | ) | |
| DONALD R. FELTON, | ) | *The Honorable* |
| | ) | *Sue E. Myerscough,* |
| Defendant. | ) | *United States* |
| | ) | *District Judge, Presiding.* |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

**NOW COMES** Mark Kevin Wykoff, Sr., court-appointed attorney for Defendant Donald R. Felton, and in support of his Motion to Withdraw as Attorney of Record for Defendant, represents unto this Honorable Court as follows, that:

1. On or about February 1, 2021, this Honorable Court appointed undersigned counsel to represent the Defendant herein.

2. Undersigned counsel learned this week, from a non-party to this cause, that Defendant has been sharing, in writing, confidential/privileged communications between the undersigned and the Defendant for the purpose of "having a record substantiating [Defendant's] claims if [his] lawyer attempts to screw [him] over."

3. In light of the same, there has been a substantial, irretrievable breakdown in attorney-client communication, in that undersigned counsel can no longer engage in candid, privileged conversations with the accused, nor zealously advocate on his behalf in light of the breach of confidences.

**WHEREFORE,** Mark Kevin Wykoff, Sr. prays this Honorable Court grant him leave to withdraw as attorney of record for the Defendant, and for such other and further relief as this Court deems just and equitable.

Respectfully Submitted,

**WYKOFF LAW OFFICE, LLC**

By: /s/ *Mark Kevin Wykoff, Sr.*
Mark Kevin Wykoff, Sr.
Reg. No. 6292093
Attorney for Defendant
Wykoff Law Office, LLC
919 South Eighth Street
Springfield, Illinois 62703
Telephone: (217) 522-3319
Fax: (217) 522-4147
E-mail: Mark@WykoffLaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Mr. Timothy A. Bass, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
318 South Sixth Street
Springfield, IL 62701

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Mr. Donald R. Felton
c/o Macon County Jail
333 South Franklin Street
Decatur, IL 62523

                                                  /s/ *Mark Kevin Wykoff, Sr.*
                                                  Mark Kevin Wykoff, Sr.
                                                  Reg. No. 6292093
                                                  Attorney for Defendant
                                                  Wykoff Law Office, LLC
                                                  919 South Eighth Street
                                                  Springfield, Illinois 62703
                                                  Telephone: (217) 522-3319
                                                  Fax: (217) 522-4147
                                                  E-mail: Mark@WykoffLaw.com