IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) No. 19-cr-30035 |
| DONALD FELTON, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW

**NOW COMES** Daniel Noll, Attorney for Defendant, Donald Felton, and in support of his Motion to Withdraw as attorney of record for Defendant, pursuant to *Supreme Court Rule 13*, represents unto this Honorable Court as follows, that:

1. The undersigned attorney has been representing Defendant in the above-entitled cause of action since on or about September 29, 2021.

2. The Defendant has made numerous requests of Defense Counsel to file motions which do not have a good faith basis in law or fact.

3. The Defendant has made numerous requests of Defense Counsel to attempt to obtain funds for experts and/or testing which are not reasonable or necessary for purposes of his defense.

4. Defense Counsel went to the Macon County Jail on February 16, 2022, to discuss motions which have been prepared by Defense Counsel as well as updates in the investigation and discovery which had been received.

5. When advised by Defense Counsel that the Undersigned would not proceed forward with a number of motions the Defendant wanted filed, the Defendant became upset and advised Defense Counsel that Defense Counsel was working with the Government against him.

6. The Defendant advised Defense Counsel that there "would be consequences" for Defense Counsel due to his desire to withdraw and for allegedly working against Mr. Felton.

7. Irreconcilable differences have arisen between the Defendant and Defense Counsel.

8. Defendant should retain other counsel herein or file with the Clerk of the Court, within twenty-one (21) days after entry of an Order of Withdrawal, his supplementary appearance, stating therein that he has retained other counsel.

**WHEREFORE,** the undersigned attorney, Daniel Noll, requests leave of this Honorable Court to withdraw as attorney of record for the Defendant, Donald Felton, and for such other and further relief as this Court deems just and equitable.

Respectfully submitted,

NOLL LAW OFFICE LLC,

BY: /s/ Daniel Noll
DANIEL NOLL - #6302658
**NOLL LAW OFFICE, LLC**
930 East Monroe Street
Springfield, IL 62701
Phone: (217) 544-8441
Fax: (217) 544-8775
Email: noll@noll-law.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

## PROOF OF SERVICE

I hereby certify that on February 16, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

   Timothy Bass
   U.S. Attorney's Office
   318 South Sixth Street
   Springfield, IL 62701

and I hereby certify that I have mailed via regular mail and Certified Return Receipt by United States Postal Service the document to the following non-CM/ECF participants:

   Donald Felton
   Macon County Jail
   333 S. Franklin St
   Decatur, IL 62523

                              BY:  /s/ Daniel Noll
                                   DANIEL NOLL - #6302658
                                   **NOLL LAW OFFICE, LLC**
                                   930 East Monroe Street
                                   Springfield, IL  62701
                                   Phone: (217) 544-8441
                                   Fax: (217) 544-8775
                                   Email: noll@noll-law.com