E-FILED
Wednesday, 16 February, 2022  01:47:27 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 19-30035 |
| DONALD R. FELTON, | ) |
| Defendant. | ) |

## GOVERNMENT'S RESPONSE TO MOTION TO WITHDAW

The United States of America, by its attorneys, Gregory K. Harris, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, submits its response to the defendant's motion to withdraw and in support states as follows:

The government respectfully objects to the defendant's motion to withdraw unless the defendant wishes to waive his right to counsel and proceed pro se. Given that the defendant has had seven different appointed counsel, the government objects to the motion to withdraw and further requests that the Court schedule this matter for hearing.

Finally, the government respectfully requests, if convenient for the Court, that the hearing be scheduled in the afternoon of February 17th or 18th, 2022, or during the week of February 22, 2022.

Respectfully submitted,

GREGORY K. HARRIS,
UNITED STATES ATTORNEY

By: *s/Timothy A. Bass*
Timothy A. Bass, MO Bar No. 45344
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701
Phone: (217) 492-4450
tim.bass@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Timothy A. Bass*
Timothy A. Bass, MO Bar No. 45344
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701
Phone: (217) 492-4450
tim.bass@usdoj.gov