IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT
SPRINGFIELD, ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-CR-30035 |
| | ) | |
| DONALD R. FELTON, | ) | |
| | ) | |
| Defendant. | ) | |

### DONALD R. FELTON'S NON-ROUTINE VOIR DIRE QUESTIONS

Now comes Donald R. Felton, by his attorney, D. Peter Wise of Gates Wise Schlosser & Goebel and proffers the following "non routine" areas of jury inquiry:

A.    Jury questions about police witnesses

The following are various forms of asking the same question. Counsel  offers them to the Court as alternatives.

1.    Would you give a police officer's testimony more weight than that of any other witness? If yes, please explain.

2.    Would you tend to believe the testimony of a police officer simply because he or she is a police officer?  If yes, please explain.

3.    Do you feel that a police officer's testimony will be more

1

truthful or accurate than that of a civilian witness?  If so, explain why.

B.    General question on attitude of potential juror

    1.    If this were your case, would you want a juror on your case that is in your current frame of mind.  If not, why no.  If so, please explain.

Respectfully submitted,

DONALD R. FELTON - Defendant

**s/ D. Peter Wise**

One of his attorneys

D. Peter Wise, Bar Number: 6187876
Gates Wise Schlosser & Goebel
1231 South Eighth Street
Springfield, IL  62703
Telephone:  217/522-9010
Fax: 217/522-9020
E-Mail:  peter@gwspc.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2022, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

Timothy A. Bass
UNITED STATES ATTORNEYS OFFICE
318 S 6th Street
Springfield, IL 62701
217-492-4471
Fax: 217-492-4044
Email: tim.bass@usdoj.gov


and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:



**s/ D. Peter Wise**
D. Peter Wise, Bar Number: 6187876
Gates Wise Schlosser & Goebel
1231 South Eighth Street
Springfield, IL  62703
Telephone:  217/522-9010
Fax: 217/522-9020
E-Mail:  peter@gwspc.com