IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT
SPRINGFIELD, ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-cr-30035 |
| ) | |
| DONALD FELTON, ) | |
| ) | |
| Defendant. ) | |

## EXHIBIT LIST

Now comes the defendant, DONALD FELTON, by his attorney D. Peter Wise of Gates Wise Schlosser & Goebel and discloses to the United State's Attorney's office that he intends to utilize the following exhibit at trial in this matter:

1. See Attachment #1.

                                              Respectfully submitted,
                                              DONALD FELTON - Defendant

                                              **s/ D. Peter Wise**
                                              One of his attorneys

D. Peter Wise, Bar Number: 6187876
Gates Wise Schlosser & Goebel
1231 South Eighth Street
Springfield, IL  62703
Telephone:  217/522-9010
Fax: 217/522-9020
E-Mail:  peter@gwspc.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 9, 2022, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

Timothy A. Bass
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701
Phone: (217) 492-4450
tim.bass@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

**s/ D. Peter Wise**
D. Peter Wise, Bar Number: 6187876
Gates Wise Schlosser & Goebel
1231 South Eighth Street
Springfield, IL  62703
Telephone:  217/522-9010
Fax: 217/522-9020
E-Mail:  peter@gwspc.com