E-FILED
Monday, 09 May, 2022  05:45:27 PM
Clerk, U.S. District Court, ILCD

## DEFENDANT'S EXHIBIT LIST

| | |
|---|---|
| UNITED STATES OF AMERICA V.  DONALD R. FELTON | IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT SPRINGFIELD, ILLINOIS |

| GOVERNMENT'S ATTORNEY<br>Timothy A. Bass | DEFENDANT'S ATTORNEY<br>    D. Peter Wise | CASE NO. 19-CR-30035 |
|---|---|---|
| | | TRIAL DATE(S): May 31, 2022 |

| PRESIDING JUDGE<br>Chief Judge Sara Darrow | COURT REPORTER | BAILIFF |
|---|---|---|

| Govt Ex. No | Def Ex. No | Marked | Admitted | EXHIBITS |
|---|---|---|---|---|
| | 1 | | | Still photographs showing the inside of the vehicle driven by Donald Felton on June 8, 2019.  The still photographs are screen shots or screen captures from police body camera or dash camera video. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |