IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT
SPRINGFIELD, ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-cr-30035 |
| ) | |
| DONALD FELTON, ) | |
| ) | |
| Defendant. ) | |

MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW COMES D. PETER WISE and hereby moves to withdraw as counsel of record for the Defendant, Donald Felton, in the above-captioned case and in support thereof, states as follows:

1. The undersigned counsel, D. Peter Wise is counsel of record for Donald Felton in the above captioned case.

2. Counsel and Mr. Felton have engaged in extended discussions regarding his case. Those discussions have occurred in person and in scheduled attorney client phone calls.

3. Counsel and Mr. Felton have discussed case strategy, trial tactics, evidence and all facets of the pending trial in this case.

4. On May 16, 2022, undersigned counsel and Mr. Felton had an extended phone conference regarding trial strategy and on overall strategy for this case. During this discussion, it became clear that counsel and Mr.

Felton have a substantial and fundamental disagreement as to how to proceed with this case.

5. During that May 16, 2022, phone conversation, there was an irreparable breakdown in communication between counsel and Mr. Felton.

6. The seeds of these fundamental disagreements began to sprout in a conversation on May 9, 2022. Counsel used his best efforts to address Mr. Felton's position on trial strategy. However, phone conferences between May 9th and May 16, 2022, made it clear that Mr. Felton insists on taking a course of action that his counsel considers repugnant and with which counsel has a fundamental disagreement. *Illinois Rules of Professional Conduct Rule 1.16 (b)(4)*.

7. Allowing counsel to withdraw can be accomplished without material adverse effect on the interests of the client. *Illinois Rules of Professional Conduct Rule 1.16 (b)(1)*.

8. Counsel requests an *ex parte* hearing outside the presence of the government to further discuss this issue should the court wish to inquire further.

WHEREFORE, D. Peter Wise, prays that this Honorable Court grant this motion and enter an order allowing D. Peter Wise to withdraw as counsel of record for the Defendant, Donald Felton, in the above-captioned

case.

                Respectfully submitted,
                DONALD FELTON - Defendant

                **s/ D. Peter Wise**
                One of his attorneys

D. Peter Wise (#6187876)
Gates Wise Schlosser & Goebel
1231 S. Eighth Street
Springfield, IL 62703
217/522-9010
peter@gwspc.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2022, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

Timothy A. Bass
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701
Phone: (217) 492-4450
tim.bass@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:


**s/ D. Peter Wise**
D. Peter Wise, Bar Number: 6187876
Gates Wise Schlosser & Goebel
1231 South Eighth Street
Springfield, IL  62703
Telephone:  217/522-9010
Fax: 217/522-9020
E-Mail:  peter@gwspc.com