UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 19-30035 |
| DONALD R. FELTON, | ) ) ) |
| Defendant. | ) ) |

**GOVERNMENT'S RESPONSE TO MOTION TO WITHDRAW**

The United States of America, by its attorneys, Gregory K. Harris, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, respectfully submits its response to counsel for the defendant's motion to withdraw and states as follows:

The government has no objection to counsel for the defendant's motion to withdraw and respectfully requests an opportunity to be heard on the Court's consideration of the need to conduct an *ex parte* proceeding with counsel and the defendant.

The government respectfully renews its motion for the Court to find that the defendant has waived his right to counsel. (*See* R.103; DE 4/20/22; *United States v. TePoel,* 317 Fed.Appx. 549, 551 (7th Cir. 2009); *United States v. Oreye,* 263 F.3d 669, 670 (7th Cir. 2001); *United*

States v. Harris, 2 F.3d 1452, 1455 (7th Cir. 1993); *United States v. Fazzini,* 871 F.2d 635, 642 (7th Cir. 1989))

Finally, the government respectfully requests that this matter proceed to trial as scheduled on May 31, 2022. (See R.103; DE 4/20/22; *Harris*, 2 F.3d at 1455)

        Respectfully submitted,

        GREGORY K. HARRIS,
        UNITED STATES ATTORNEY

      By: *s/Timothy A. Bass*
        Timothy A. Bass, MO Bar No. 45344
        Assistant United States Attorney
        318 South Sixth Street
        Springfield, IL 62701
        Phone: (217) 492-4450
        tim.bass@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Timothy A. Bass*
Timothy A. Bass, MO Bar No. 45344
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701
Phone: (217) 492-4450
tim.bass@usdoj.gov
