Dear Mr. Bass,

Consider the following to be a formal request for discovery. Many of the items have been requested thru counsel from my very first attorney, thru the present one #9. The requested evidence is material, non-cumulative evidence. See Strickler v. Green 527 US 263, 280-81, 'Wearry' 577 US 385, 'Smith' 565 US 73. Please respond in writing so that I may seek judicial review.

1.) Deputy Goebel's dash camera footage from 04/21/19 referenced in the GPS affidavit by Jeffrey Brown.
2.) A full complete LEADS/NCIC criminal history report on Randall Smith, the informant on this case.
3.) Christian County charging information and all police reports pertaining to 17-CF-77 referenced in the GPS affidavit by Jeffrey Brown.
4.) Fingerprints and DNA analysis on all the contraband found hidden in my car including drug packaging, scale, and shadowbox.
5.) Access to phone calls made to #'s 217-823-2888, 217-753-4242, 217-381-6186
6.) All previous search warrants applied for and obtained by Jeffrey Brown and Sean Simpson including the executed copies.
7.) Request that you grant use immunity (18 USC 6002) to Kevin Purcell & Nathan Mount. Since the United States Attorney is "the representative... of a sovereignty... whose interest... in a criminal prosecution is not that it shall win a case, but that justice shall be done." 'Green' 527 US 263, 281 quoting 'Berger' 295 US 78, 88 (1935). Allowing these witnesses to testify truthfully about the extent of Randall Smith's drug trafficking not only upholds my right to due process but aids the court in it's essential fact finding process.

8.) The name and address of the unknown black male from the rest stop whose plate number was AD 2468 from Misouri.