E-FILED
Thursday, 19 May, 2022  02:30:23 PM
Clerk, U.S. District Court, ILCD



# U.S. Department of Justice

## United States Marshals Service
### *Central District of Illinois*

*May 18, 2022*

**600 E Monroe Street**
**Springfield, IL 62701**

Judge Darrow,

On 05/17/2022, your honor directed the U.S. Marshals Service to file a Status Report as to defendant Donald Felton's access to discovery while detained in Macon County Jail and the opportunity for him to file documents with the Court.

On 05/17/2022, the U.S. Marshals Service sent an e-mail to Macon County Jail Administration advising them of Mr. Felton's need for access to discovery. In addition, the U.S. Marshals received additional discovery via e-mail from the U.S. Attorney's Office and this was forwarded to Macon County Jail Administration to be printed and delivered to Mr. Felton.

On 05/18/2022, the U.S. Marshals confirmed with Macon County Jail Administration that Mr. Felton would be given access to a private room with an "air gapped" PC for digital discovery during Court hours. Due to inmates not having direct access to e-mail in this detention facility, Jail Administration has offered to scan and e-mail documents on Mr. Felton's behalf to prisoner.rockisland@ilcd.uscourts.gov.

Respectfully,

Danielle Hale
Supervisory Deputy US Marshal