In the United States District Court
Central District of Illinois
Springfield Division

UNITED STATES OF AMERICA, )
      Plaintiff, ) Case No. 19-cr-30035
v. ) Honorable Chief Judge
) Sara Darrows presiding
Donald Felton, )
      Defendant, )

**Motion to Reveal the Identity of the Informant**

    Now comes Donald Felton, Pro se, and for my Motion to Reveal the Identity of the Informant states to this Honorable Court the following:

1.) This case arose out of false information provided by Randall Smith.

2.) I need to call Randall Smith to testify about things occurring prior to his reported information.

3.) He possesses direct evidence of specific activity before he reported events. This evidence is both exculpatory and impeaching as it negates what was reported to law enforcement.

4.) I intend to call Randall Smith to testify about activity occurring and need the record to show who the informant was so testimony illicited on the record has real value and the totality of the situation can be viewed objectively with all information.

5.) The prejudicial effect is self-evident. I'm guaranteed the right to face my accusers. The government's reluctance to call the informant is further evidence of the value of calling him.

6.) Under the government's Brady obligations, the confrontation clause and right to a fair trial I need the identity formally revealed so that I may present my defense to the jury.

7.) The government has access to my thousands of calls and knows the evidentiary value for me and can't refuse to reveal information just because it's detrimental to their prosecution

Wherefore I, Donald Felton, respectfully prays the Honorable Court, for the reasons set forth in this filing to enter an order that the government formally reveal the identity of the informant as set forth in the government's obligation to reveal info that is detrimental to it's case in chief and paramount to my defense.

Respectfully submitted,
Donald Felton
05/20/22

Hereby certify that I have used the provision granted by the court and the United States Marshalls Service that will ensure this is filed electronically. I did the same thing on my Omnibus Motion to Suppress filed yesterday 05/19/22