Proposed Voir Dire Questions

1.) Do you feel Vaccine Mandates are appropriate?
2.) Have you or any friends or family ever been victimized by law enforcement?
3.) Have you or any friends or family ever been in law enforcement?
4.) Have you or any friends or family ever struggled with addiction?
5.) Do you trust the police without question?
6.) Do you think law enforcement should be held to a higher standard than everyday citizens?