✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| Central | DISTRICT OF | Illinois |

USA

V.

Donald Felton

**EXHIBIT AND WITNESS LIST**

Case Number: 19-30035

| PRESIDING JUDGE<br>Darrow | PLAINTIFF'S ATTORNEY<br>Bass, Senor-Moore | DEFENDANT'S ATTORNEY<br>Felton (pro se), Wise (standby) |
|---|---|---|
| TRIAL DATE (S)<br>5/31/22 (motion hearing) | COURT REPORTER<br>JJ | COURTROOM DEPUTY<br>ED |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | Officer Jeremy Alwertdt |
| 1 |  | 5/31/2022 | 21 | yes | Purchase and Certrification records |
| 1 |  | 5/31/2022 | 10 | yes | Dashcam video of canine search |
| 1 |  | 5/31/2022 | 22 | yes | Letter from Defendant |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages